IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TRAVIS WILSON,

      Plaintiff,                    17cv1557
                                      ELECTRONICALLY FILED

      v.

FTS INTERNATIONAL SERVICES, LLC
*formerly known as* FRAC TECH SERVICES
INTERNATIONAL, LLC,

      Defendant.

## ORDER OF COURT SETTING STATUS/SETTLEMENT CONFERENCE

IT IS HEREBY ORDERED that a Status/Settlement Conference shall be held regarding the above-captioned matter on August 27, 2018 at 8:30 AM in Courtroom 7C, 7th Floor, United States Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania.

***Chief trial counsel and parties shall attend in person*** and be prepared to discuss settlement and additional alternative dispute resolution options in detail.   Additionally, any necessary representative of the insurance carrier with full settlement authority of entire policy limits also shall be physically present.

Within three (3) business days before the Conference, the parties should submit brief confidential letters to the Court detailing the relative strengths and weaknesses of their case, as well as settlement postures including monetary amounts.   The letters will not be filed nor shared with opposing counsel.   Accordingly, candor is expected.   The confidential letters should be sent to melissa_stadelman@pawd.uscourts.gov.

FURTHERMORE, within three (3) business days before the Conference, the parties also shall submit a joint proposed settlement agreement (complete in all terms, except monetary

amount(s)) to the Court.    (If the parties cannot agree on a joint proposed settlement agreement, each party shall submit their respective proposed settlement agreement.)    The proposed settlement agreement(s) should be sent to melissa_stadelman@pawd.uscourts.gov.    Said proposed settlement agreement(s) also shall be brought to Court, on the day of the Conference, in electronic form.

Counsel should be familiar with this Court's Practices and Procedures (see Court Practices and Procedures at www.pawd.uscourts.gov).

**SO ORDERED** this 19th day of July, 2018.

_s/ Arthur J. Schwab_
United States District Judge

cc:    All counsel of record