IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TRAVIS WILSON,

        Plaintiff,                             17cv1557
                                              ELECTRONICALLY FILED

        v.

FTS INTERNATIONAL SERVICES, LLC
*formerly known as* FRAC TECH SERVICES
INTERNATIONAL, LLC,

        Defendant.

**HEARING MEMO**
Hearing on:   Status / Settlement Conference
Date hearing held: 8/27/18
Before Judge Arthur J. Schwab

| Counsel for Plaintiff | Noah Jordan and John Black |
|---|---|
| Counsel for Defendant | Ashley Hileman and W. Scott Hardy |
| Court Reporter | Julie Kienzle |
| Law Clerk/Deputy Clerk | EET/LCK |
| Start time | 8:32AM |
| End time | 9:38 AM |

**NOTED:**

Settlement discussions occurred.

2nd Status/Settlement Conference is set for 9/5/18 at 8:30 AM.   Mr. Faulkner, United States Operations Manager, is ordered to attend this conference for defendant.