# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRAVIS WILSON, | Civil Action No. 2:17-cv-01557-AJS |
| Plaintiff, | |
| v. | The Honorable Arthur J. Schwab |
| FTS INTERNATIONAL SERVICES, LLC, *formerly known as* FRAC TECH SERVICES, LLC, | JURY TRIAL DEMANDED |
| Defendant. | |

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1) the parties stipulate to the dismissal of this matter with prejudice.

Respectfully submitted,

By:/S/W. Scott Hardy
   W. Scott Hardy
   PA ID #79225
   Attorney for Defendant
   FTS International Services, LLC
   One PPG Place, Suite 1900
   Pittsburgh, PA 15222
   (412) 3943334
   (412) 232-1799 (fax)
   scott.hardy@ogletree.com

By:/S/ John E. Black, III
   John E. Black, III
   Noah R. Jordan
   PA ID #83727 (Black)
   Pa.I.D. #316267 (Jordan)
   Attorneys for Plaintiff, Travis Wilson
   310 Grant Street – Third Floor
   Pittsburgh, PA  15219
   (412) 338-1166
   (412) 246-1766 (fax)
   JEBlack@rothmangordon.com
   NRJordan@rothmangordon.com

4819-6745-3553, v. 1